Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE — FORM 3

| | |
|---|---|
| The Ancientree Cabinet Co., Ltd.<br><br>**Plaintiff,**<br>v.<br><br>**UNITED STATES,**<br>**Defendant.** | **S U M M O N S**<br><br>CIT 24-00223 |

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



/s/ Mario Toscano
Clerk of the Court

1. The Ancientree Cabinet Co., Ltd.; respondent, foreign producer and exporter
   (Name and standing of plaintiff)

2. Wooden Cabinets and Vanities and Components Thereof From the People's Republic of China: Final Results of Countervailing Duty Administrative Review; 2022, 89 Fed. Reg. 88962 (November 12, 2024)
   (Brief description of contested determination)

3. November 5, 2024
   (Date of determination)

4. November 12, 2024
   (If applicable, date of publication in Federal Register of notice of contested determination)

/s/ Gregory S. Menegaz
Signature of Plaintiff's Attorney

December 12, 2024
Date

Name, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

Gregory S. Menegaz
deKieffer & Horgan, PLLC
1156 15th Street N.W., Suite 1101
Washington, DC 20005
gmenegaz@dhlaw.com; 202-783-6900

**SEE REVERSE SIDE**

Form 3-2

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Attorney in Charge
International Trade Field Office Department of Justice,
Civil Division Room 346, Third Floor
26 Federal Plaza
New York, NY 10278
-
Supervising Attorney
Civil Division
Commercial Litigation Branch
U.S. Department of Justice
Room 12124
1100 L Street, NW
Washington, DC 20530
-
General Counsel
United States Department of Commerce
14th Street and Constitution Avenue, NW
Washington, DC 20230