February 17, 2026

**FILED ELECTRONICALLY VIA CM/ECF**

Gina Justice
Clerk of the Court
U.S. Court of International Trade
One Federal Plaza
New York, NY 10278-0001

Re:     Redetermination Pursuant to Court Remand Order in
*The Ancientree Cabinet Co., Ltd. v. United States*, Consol. Court No. 24-00223

Dear Ms. Justice:

Pursuant to the Court's orders of Dec. 10, 2025, Dec. 12, 2025, and Dec. 23, 2025, please find attached the U.S. Department of Commerce's Redetermination Pursuant to Court Remand in the above-captioned action. The remand redetermination is a business proprietary document. I am also filing a public version of the remand redetermination.

In accordance with Court Rule 56.2(h)(1), filing of the administrative record index for the remand proceeding will follow under separate cover. Should you have any questions concerning the matter, please contact me at (240) 956-8572.

Respectfully submitted,

/s Samuil Agranovich
Samuil Agranovich
Attorney
Office of the Chief Counsel
    for Trade Enforcement & Compliance

Attachment

cc:

Tara Kathleen Hogan
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC  20530
(202) 616-2228
Fax: (202) 305-7643
Email: tara.hogan@usdoj.gov

Ronald John Baumgarten , Jr.
Baker Hostetler, LLP
1050 Connecticut Avenue, NW.
Suite 1100
Washington, DC 20036
(202) 257-8670
Email: rbaumgarten@bakerlaw.com

Luke Anthony Meisner
Schagrin Associates
900 Seventh Street, NW.
Suite 500
Washington, DC 20001
(202) 223-1700
Fax: (202) 429-2522
Email: lmeisner@schagrinassociates.com

Gregory Stephen Menegaz
deKieffer & Horgan, PLLC
1156 15th Street, NW.
Suite 1101 Washington, DC 20005
gmenegaz@dhlaw.com