**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| **The Ancientree Cabinet Co., Ltd.,**<br>**Plaintiff,**<br>**and**<br>**Craft33 Products, LLC,**<br>**Consolidated Plaintiff,**<br>**v.**<br>**United States,**<br>**Defendant,**<br>**and**<br>**American Kitchen Cabinet Alliance**<br>**Defendant-Intervenor.** | **Court No. 24-00223**<br>**Judge Richard K. Eaton** |

**CONSOLIDATED PLAINTIFF'S RESPONSE TO COURT ORDER**

On behalf of Craft33 Products, LLC ("Craft33"), we hereby respond to the Court's Order of May 21, 2026. Counsel for Craft33 will not be referring to confidential information during oral argument and does not request that the proceeding be closed.

Respectfully,

/s/ Ronald J. Baumgarten

Ronald J. Baumgarten
James K. Perry
Baker Hostetler LLP
Counsel to Craft33 Products, LLC

Dated: September 23, 2026